IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JUDY MURPHY**                                                                                     **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO.: 1:16-CV-75-SA-DAS**

**NORTH MISSISSIPPI MEDICAL**                                     **DEFENDANT**
**CENTER, INC.**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this case be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 27th day of December, 2016.

                                                                 **/s/ Sharion Aycock**
                                                                 **U.S. DISTRICT JUDGE**

AGREED TO BY:

*/s/ Ron L. Woodruff*
RON L. WOODRUFF, ESQ.
*Attorney for Plaintiff*


*/s/ Martin J. Regimbal*
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*